STERNS WILLIAMS et al., Respondents, *v.* BENTON TURNER, Appellant.

*Williams* v. *Turner*, 55 App. Div. 636, appeal dismissed.
(Argued April 15, 1901; decided Apri. 23, 1901.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the third judicial

department, entered November 17, 1900, affirming a judgment in favor of plaintiffs entered upon the report of a referee.

The motion was made upon the grounds that the Court of Appeals has no jurisdiction to hear the appeal, and that the exceptions appearing in the record are frivolous.

*Frank E. Smith* for motion.

*S. L. Wheeler* opposed.

Motion granted and appeal dismissed, on the ground that the exceptions appearing in the record are frivolous, with costs.